# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. HARNDEN, | CV F 05 1351 AWI SMS P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| BEER, et. al., | |
| Defendants. | |

    Jeff S. Harnden ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    This action was filed on October 26, 2005. On October 27, 2005, the Court issued to Plaintiff new case documents with information on how cases proceed in the Court. On November 8, 2005, the documents served on Plaintiff were returned to the Court by the U.S. Postal Service indicating that Plaintiff had "refused" to accept the mail.

    Pursuant to Local Rule 83-183(b), a party appearing in propria persona is required to keep

the court apprised of his or her current address at all times.  Local Rule 83-183(b) provides, in pertinent part:

> If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty (60) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

In the instant case, Plaintiff is refusing to accept mail sent to him by the Court and concerning the action he initiated in this Court.  Plaintiff's failure to accept mail warrants the issuance of this Order to Show Cause why the case should not be dismissed for Plaintiff's failure to prosecute the action.  Accordingly, the Court HEREBY ORDERS:

1. Plaintiff to SHOW CAUSE within TWENTY (20) days of the date of service of this Order, why the action should not be dismissed for failing to prosecute by keeping the Court apprised of his current address.

Petitioner is forewarned that his failure to comply with this order will result in a Recommendation that the action be dismissed.

IT IS SO ORDERED.

**Dated:   January 11, 2006**            /s/ Sandra M. Snyder
icido3                                                  UNITED STATES MAGISTRATE JUDGE