# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY HARNDEN, | CV F 05 1351 AWI SMS P |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED JANUARY 12, 2006 (Doc. 4.) |
| v. | ORDER DIRECTING CLERK OF COURT TO RESERVE DOCUMENTS ON PLAINTIFF (Doc. 2.) |
| BEER, et. al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This action was filed on October 26, 2005.  Upon opening of the case, the Court sent Plaintiff new case documents concerning the procedure of the Court with respect to his case. However, the documents were returned to the Court as "undeliverable, refused." Thus, the court issued an Order to Show Cause on January 12, 2006.

On February 2, 2006, Plaintiff filed a Response to the Order to Show Cause indicating

1 that it is his intent to proceed with the action and that there has been some interference with his
2 mail.
3       Accordingly, in light of Plaintiff's explanation, the Court HEREBY ORDERS:
4    1.    The Order to Show Cause issued January 12, 2006, is DISCHARGED;
5    2.    The Clerk of Court is DIRECTED to reserve the New Case documents (Doc. 2)
6       on Plaintiff.

10 The Court granted Plaintiff's Motion to Proceed In Forma Pauperis and served the Order along
11 with the First Informational Order on Plaintiff.  However, the pleadings were returned to the
12 Court by the U.S. Postal Service on December 28, 2005, marked "Undeliverable - Attempted,
13 Not Known."  Thus, on January 12, 2006, the Court issued an Order to Show Cause why the
14 action should not be dismissed for failing to prosecute.  Plaintiff filed a Return to the Order on
15 February 2, 2006, explaining his transfer between institutions and the failure to forward his mail
16 to him.  Accordingly, good cause having been shown, the Court HEREBY DISCHARGES the
17 Order to Show Cause issued on January 12, 2006.  The Court will screen Plaintiff's Complaint
18 and proceed with the case in due course.
19 IT IS SO ORDERED.
20 **Dated:   February 7, 2006**        **/s/ Lawrence J. O'Neill**
    b9ed48                             UNITED STATES MAGISTRATE JUDGE